Posted

HONORABLE MONICA J. BENTON

FILED
LODGED
ENTERED
RECEIVED

SEP - 7 2006

BY
WESTERN U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
DEPUTY.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,          )     NO. CR06-5123
                                   )
          Plaintiff,               )     FINDINGS AND ORDER ACCEPTING
                                   )     DEFENDANT FOR DEFERRED
          vs.                      )     PROSECUTION, APPROVING
                                   )     TREATMENT PLAN, AND DIRECTING
MICHAEL K. STEPHENSON,             )     DEFENDANT TO TAKE TREATMENT
                                   )     AS PRESCRIBED
          Defendant/Petitioner.    )
                                   )     (Clerk's Action Required)
                                   )

THIS MATTER, coming on for hearing this __19th__ day of ~~October~~ September, 2006, upon the

defendant's Petition for Deferred Prosecution; the defendant appearing in person and by his

attorney, Charles A. Johnston; the United States of America being represented by Barbara

Sievers, Assistant United States Attorney; the Court, having examined and incorporated into the

record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and

treatment report prepared by Dr. Russell D. Hicks, Army Substance Abuse Program, and the

files and records herein, being fully advised in the premises, does now make and enter the

following:

/ / /

/ / /

06-CR-05123-JGM

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 1

CHARLES A. JOHNSTON
Attorney at Law
202 East 34th Street
Tacoma, WA 98404
(253) 473-3090

1  / / /

2  / / /

3  ## I. **FINDINGS OF FACT**

4    A.    On or about the 11th day of February, 2006, Petitioner was charged with the

5  offense/offenses charged in the Information.  This offense occurred as a direct result of

6  alcoholism/chemical dependency problems;

7    B.    Petitioner suffers from an alcohol/drug problem and is in need of treatment;

8    C.    The probability of similar misconduct in the future is great if the problem is not

9  treated;

10    D.    Petitioner is amenable to treatment;

11    E.    An effective rehabilitative treatment plan is available to Petitioner through the

12  Army Substance Abuse Program, an approved treatment facility as designated by the laws of

13  the State of Washington, and Petitioner agrees to be liable for all costs of this treatment

14  program;

15    F.    That Petitioner agrees to comply with the terms and conditions of the program

16  offered by the treatment facility as set forth in the diagnostic evaluation from Dr. Russell Hicks,

17  Army Substance Abuse Program, attached to Statement of Petitioner filed herewith, and that

18  Petitioner agrees to be liable for all costs of this treatment program;

19    G.    That Petitioner has knowingly and voluntarily stipulated to the admissibility and

20  sufficiency of the facts as contained in the written police report attached to Statement of

21  Petitioner filed herewith.

22    H.    That Petitioner has acknowledged the admissibility of the stipulated facts in any

23  criminal hearing or trial on the underlying offense or offenses held subsequent to revocation of

24  this Order Granting Deferred Prosecution and that these reports will be used to support a finding

25  / / /

26  / / /

**CHARLES A. JOHNSTON**
Attorney at Law
202 East 34th Street
Tacoma, WA 98404
(253) 473-3090

1 | / / /

2 | / / /

3 | of guilt;

4 | From the foregoing FINDINGS OF FACT, the Court draws the following:

5 | ## II. CONCLUSIONS OF LAW

6 | A. That the above-entitled Court has jurisdiction over the subject matter and

7 | Petitioner, Michael K. Stephenson, in this case;

8 | B. That Petitioner's Petition for Deferred Prosecution meets the requirements of

9 | RCW 10.05 et seq.;

10 | C. That the diagnostic evaluation and commitment to treatment meets the

11 | requirements of RCW 10.05.150;

12 | D. That Petitioner is eligible for deferred prosecution.

13 | ## III. ORDER

14 | Having made and entered the foregoing FINDINGS OF FACT and CONCLUSIONS OF

15 | LAW, it is hereby

16 | ORDERED that the defendant is accepted for deferred prosecution. The prosecution of

17 | the above-entitled matter is hereby deferred for a five (5) years pursuant to RCW 10.05 et seq.,

18 | upon the following terms and conditions:

19 | A. Petitioner shall be on probation for the deferral period and follow the rules and

20 | regulations of probation;

21 | B. Petitioner shall enroll in and successfully complete the two-year treatment

22 | program recommended by Dr. Russell Hicks, Army Substance Abuse Program, according to the

23 | terms and conditions of that plan as outlined in the diagnostic evaluation, a true copy of which

24 | is attached to the Petition and incorporated herein by reference. Petitioner shall not change

25 | treatment agencies without prior Probation approval;

26 |

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 3

**CHARLES A. JOHNSTON**
Attorney at Law
202 East 34th Street
Tacoma, WA 98404
(253) 473-3090

1      C.      The treatment facility, Army Substance Abuse Program, shall file with the United

2  States Probation Office status reports of Petitioner's compliance with treatment, monthly during

3  the first year of the deferred prosecution period and every three (3) months during the second

4  year.  The Court may increase the frequency of these reports at its discretion;

5      D.      Petitioner shall notify U.S. Probation within 72 hours of any residence change.

6      E.      Petitioner shall abstain during the deferred prosecution period from any and all

7  consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

8      F.      Petitioner shall not operate a motor vehicle on the public highways without a valid

9  operator's license and proof of liability insurance sufficient to comply with the state laws on

10  financial responsibility;

11      G.      Petitioner shall be law abiding and shall not commit any alcohol/drug related

12  offenses or other criminal offenses during the period of deferral,

13      H.      Petitioner shall notify U.S. Probation within 72 hours of being arrested,

14  questioned, or cited by Law Enforcement;

15      I.      In the event that Petitioner fails or neglects to carry out and fulfill any term or

16  condition of his treatment plan or violates any provision of this Order or any rule or regulation

17  of his probation officer, upon receiving notice, the Court shall hold a hearing to determine why

18  Petitioner should not be removed from deferred prosecution and prosecuted for the

19  offense/offenses charged;

20      J.      In the event the Court finds cause to revoke this deferred prosecution, the

21  stipulated police reports shall be admitted into evidence, and Petitioner shall have her guilt or

22  innocence determined by the Court;

23      K.      That the statement of Petitioner for Deferred Prosecution shall remain sealed, and

24  all subsequent reports or documents relating to her treatment information shall be sealed, to

25  maintain confidentiality of Petitioner's treatment information;

26

**CHARLES A. JOHNSTON**
Attorney at Law
202 East 34ᵗʰ Street
Tacoma, WA 98404
(253) 473-3090

1    L.    That the Department of Licensing be notified of this Order accepting the

2  Petitioner for deferred prosecution;

3    M.    Upon proof of Petitioner's successful completion of five years deferral period in

4  this Order, the Court shall dismiss the charges pending against Petitioner.

5    N.    Additional conditions: _Maintain the_

6  _ignition interlock for a year from the_

7  _date of installation._

8    O.  _Attend the ASAP Intensive - Short-Term Outpatient_

9  _Program to start as practicable. Oregon_

10    DONE IN OPEN COURT this ____7____ day of July, 2006.

11

12                              HONORABLE MONICA J. BENTON

13  Presented by:

14

15  CHARLES A. JOHNSTON
   Attorney for Petitioner

16

17    I have received a copy of the foregoing Order of Deferred Prosecution.  I have read and
   understand its contents, and agree to abide by the terms and conditions set forth herein.

18

19  Dated: _____

20                              MICHAEL K. STEPHENSON
                                Petitioner

21

22    I certify that a copy of this signed Order was mailed to the subject treatment facility, on
   _____, 2006.  The United States Probation Office was also furnished a copy

23  of this Order.

24

25                              Clerk

26

CHARLES A. JOHNSTON
Attorney at Law
202 East 34th Street
Tacoma, WA 98404
(253) 473-3090

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 5